**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In the Matter of:

VICTOR M NEGRON JR.

                                    Debtor

Chapter 13

Case No. 17-10063-KHK

**MOTION TO DISMISS,**
**NOTICE OF MOTION TO DISMISS**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter

13 case.  The cause for this motion is as follows:

**Violation of 11 U.S.C. §1307(c)– Good Faith.**  The case was not proposed in
good faith. Debtors spouse is in her own Chapter 13 (15-13229-BFK) which
has a confirmed Plan which was supposed to be funded primarily through this
Debtor's income, which Plan is itself in payment default. Additionally, that
Co-Debtor has not paid the post-petition mortgage payments and they are in
significant arrears. The purpose of this case is to pay the various, defaulted
obligations existing in the Co-Debtor's companion case.

**Your rights may be affected.  You should read these papers carefully and**

**discuss them with your attorney, if you have one in this bankruptcy case.  (If you**

**do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you

want the court to consider your views on the motion, then on or before five business

days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required
by Local Bankruptcy Rule 9013-1(H).  Unless a written response and
supporting memorandum are filed and served by the date specified, the Court
may deem any opposition waived, treat the motion as conceded, and issue an
order granting the requested relief without further notice or hearing.  If you mail
your response to the court for filing, you must mail it early enough so the court

**Notice and Motion to Dismiss**
Victor M Negron Jr., Case #17-10063-KHK

       will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

***Attend the hearing to be held on April 6, 2017 at 9:30 a.m., in Courtroom II on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

       A copy of any written response must be mailed to the following persons:

                Thomas P. Gorman
                300 North Washington Street, Ste.400
                Alexandria, VA 22314

                Clerk of the Court
                United States Bankruptcy Court
                200 South Washington Street
                Alexandria, VA 22314

       If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _February 28, 2017_____            __/s/ Thomas P. Gorman_____
                                        Thomas P. Gorman
                                        Chapter 13 Trustee
                                        300 N. Washington Street, #400
                                          Alexandria, VA 22314
                                        (703) 836-2226
                                        VSB 26421

### CERTIFICATE OF SERVICE

I hereby certify that I have this 28th day of February, 2017, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

Victor M Negron Jr.                Eric David Kessel
Chapter 13 Debtor                Attorney for Debtor
15 Whitestone Drive               Robert A. Ades & Associates, P.C.
Stafford, VA 22556               5419-B Backlick Road
                                   Springfield, VA 22151

                                   __/s/ Thomas P. Gorman_____
                                   Thomas P. Gorman