**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of: | |
| VICTOR M. NEGRON JR. | Chapter 13 |
| DEBTOR | |
| WELLS FARGO BANK, N.A. | Case No. 17-10063-KHK |
| PLAINTIFF | |
| v. | |
| Victor M Negron Jr. | |
| and | |
| Thomas P. Gorman, Trustee, | |

**ANSWER AND REPORT OF TRUSTEE**
**TO RELIEF FROM STAY MOTION**

COMES NOW Thomas P. Gorman, the Chapter 13 Trustee named upon this Motion for Relief from Stay, and for his Answer and Report to this matter, submits the following.

(1) The Plan of this Chapter 13 Case was confirmed by the Court on June 22, 2017, and provides for payment of the secured creditor as follows:

    (a) Pre-petition arrearage claim of $62,061.81 by monthly installments of $1,500.00 from the payments made under this confirmed Plan.

    (b) Post-petition regular monthly payments directly by the Debtor.

(2) No record of Post-petition regular monthly installments is maintained by this Trustee; and he is without sufficient knowledge, information or belief to answer allegations of the Motion regarding failure of the Debtor to make such installments; and that this Trustee demands strict proof thereof.

**ANSWER & REPORT OF TRUSTEE, PAGE 2**
**CASE #17-10063-KHK**

(3)     The payments to date on the arrearage claim of this Secured Creditor are reflected opposite the name of the Secured Creditor on the attached periodic report of the accounts of this Chapter 13 case; and that such periodic report represents a true and correct statement of all receipts and disbursements in this Chapter 13 case to the date indicated.

AND HAVING FULLY ANSWERED, your Trustee prays for such disposition of this Motion as to this Court seems just.

Date:   August 17, 2017                  __/s/ Thomas P. Gorman _____
                                         Thomas P. Gorman
                                         Chapter 13 Trustee
                                         300 North Washington Street, Ste. 400
                                         Alexandria, VA 22314
                                         (703) 836-2226
                                         VSB 26421

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Answer & Report of Trustee was served via ECF to authorized users or mailed to counsel for the Movant and counsel for the Debtor, or to Debtor Pro Se, this 17th day of August, 2017.

                                         _/s/Thomas P. Gorman_____
                                         Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 08/17/2017

CASE NO: 17-10063-KHK
STATUS: ACTIVE

DEBTOR: XXX-XX-1601
NEGRON JR., VICTOR M
AKA:

DATE FILED: 01/06/2017
CONFIRMED: 06/22/2017
LATEST 341: 02/21/2017
PERCENTAGE: 100.000
PLAN: 60 MONTHS
1st PAYMENT DUE: 02/2017
ON SCHEDULE: 6,671.12
ACTUAL PAYMENTS: 20,479.54
AMOUNT BEHIND: 0.00

15 WHITESTONE DRIVE
STAFFORD, VA 22556

ATTORNEY: ERIC DAVID KESSEL
ROBERT A. ADES & ASSOCIATES, P.C.
5419-B BACKLICK ROAD
SPRINGFIELD, VA 22151
Phone: 703 642-9500 Fax: 703 750-0963

SCHEDULE: 1,332.00 MONTHLY
TOTAL PAID: 20,479.54

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 08/09/17 | DC GOVERNMENT | 614.77 |
| 07/28/17 | DC GOVERNMENT | 614.77 |
| 07/13/17 | MARINE FCU/TAX REI | 8,186.00 |
| 06/12/17 | MARINE FCU | 1,332.00 |
| 05/05/17 | MARINE FCU | 1,332.00 |
| 04/06/17 | OFFICIAL CHECK | 1,600.00 |
| 04/06/17 | MARINE FCU | 1,200.00 |
| 03/08/17 | MARINE FCU | 2,800.00 |
| 02/06/17 | MARINE FCU | 2,800.00 |

## DIRECT PAY

| CLAIM | CRED NO | CREDITOR NAME | DISB CODE | CLASS | ARREARS | FIXED PAYMENT | SCHED AMOUNT | PAID BY TRUSTEE | BALANCE DUE | CLAIM STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 002 | 317775 | POLICE FEDERAL CREDIT UNION | PRO | SEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |
| 012 | 346263 | ICMA-RC | PRO | SEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY / ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 345781 | BRENTWOOD ESTATES HOA INC. PER TRUSTEE ALLOW SC PORTION | FIX 07/2017 | SEC 100.00 | | 100.00 20.91 | 195.91 0.00 | 195.91 195.91 | 75.00 0.00 | 120.91 0.00 |
| 001 | 345781 | BRENTWOOD ESTATES HOA INC. | PRO 07/2017 | UNS 100.00 | | 0.00 0.00 | 1,233.94 795.39 | 1,233.94 1,233.94 | 1,233.94 0.00 | 0.00 0.00 |
| 002A | 317775 | POLICE FEDERAL CREDIT UNION cross-collaretalization | FIX 07/2017 | SEC 100.00 | 01/06/2017 12.5000 | 100.00 93.48 | 319.82 319.82 | 319.82 319.82 | 128.33 21.67 | 191.49 1.99 |
| 003 | 342473 | PREFERRED CREDIT U/S PORTION FROM APP | PRO 07/2017 | UNS 100.00 | | 0.00 0.00 | 31.13 0.00 | 31.13 31.13 | 31.13 0.00 | 0.00 0.00 |
| 003 | 346449 | PREFERRED CREDIT KIRBY CLEANING SYSTEM | FIX 07/2017 | SEC 100.00 | | 100.00 201.14 | 622.76 602.28 | 602.28 602.28 | 301.14 0.00 | 301.14 0.00 |
| 004 | 344138 | WELLS FARGO BANK, N.A. | FIX 07/2017 | SEC 100.00 | | 1,500.00 1,077.24 | 62,061.81 62,061.81 | 62,061.81 62,061.81 | 7,922.76 0.00 | 54,139.05 0.00 |
| 005 | PORT | PORTFOLIO RECOVERY ASSOCIATES CAPITAL ONE | PRO 07/2017 | UNS 100.00 | | 0.00 0.00 | 819.24 819.00 | 819.24 819.24 | 819.24 0.00 | 0.00 0.00 |
| 006 | 313486 | DISCOVER BANK | PRO 07/2017 | UNS 100.00 | | 0.00 0.00 | 1,350.14 1,352.00 | 1,350.14 1,350.14 | 1,350.14 0.00 | 0.00 0.00 |
| 007 | 343047 | LINCARE INC | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 59.36 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 008 | 345782 | METRO HEALTH INTERNET MEDICINE | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 40.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 009 | 332946 | SPRINT | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 990.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 010 | 345658 | SYNCB/WALMART | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 011 | 338596 | AMERICAN INFOSOURCE LP VERIZON | PRO 07/2017 | UNS 100.00 | | 0.00 0.00 | 100.75 104.00 | 100.75 100.75 | 100.75 0.00 | 0.00 0.00 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.                                                                            Case Maintenance 10.5

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 08/17/2017

CASE NO: 17-10063-KHK
STATUS: ACTIVE

DEBTOR: XXX-XX-1601
NEGRON JR., VICTOR M                                         SCHEDULE:    1,332.00 MONTHLY

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE LAST DISB | CLASS PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 799 | KESSEL | ERIC DAVID KESSEL | PRO | ATY | | 0.00 | | | 0.00 | 0.00 |
|  |  | ZERO ATTY FEES PAID OR DUE PER PLA |  | 100.00 | | 0.00 | | | | 0.00 |
|  |  | Trustee Administrative Fees |  |  |  |  |  | 1,331.17 | 1,331.17 |  |
|  |  |  |  | TOTALS: |  | 1,800.00 | 66,735.50 | 68,046.19 | 13,293.60 | 54,752.59 |
|  |  |  |  |  |  | 1,392.77 | 67,143.66 | 68,046.19 | 21.67 | 1.99 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER |  |  |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 0.00 | 0.00 | 62,983.91 | 4,159.75 | 0.00 |  |  |
| CLAIM AMOUNT: | 0.00 | 0.00 | 0.00 | 63,179.82 | 3,535.20 | 0.00 |  |  |
| PAID BY TRUSTEE: | 0.00 | 0.00 | 0.00 | 8,427.23 | 3,535.20 | 0.00 |  |  |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |  |  |
| SUB TOTAL: | 0.00 | 0.00 | 0.00 | 54,752.59 | 0.00 | 0.00 | DUE CREDITORS: | 54,754.58 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 1.99 | 0.00 | 0.00 | EXPECTED ADMIN: | 3,308.42 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 7,164.27 |
| BALANCE DUE: | 0.00 | 0.00 | 0.00 | 54,754.58 | 0.00 | 0.00 | APPROX BALANCE: | 50,898.73 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court
by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                                    Case Maintenance 10.5