BWW#: VA-191635

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| IN RE:<br>VICTOR M. NEGRON, JR.<br>       Debtor<br>_____ | Case No. 17-10063-KHK<br><br>Chapter 13 |

WELLS FARGO BANK, N.A.
       Movant
v.
VICTOR M. NEGRON, JR.
       Debtor/Respondent
and
MARIAN O. NEGRON
       Co-Debtor/Co-Respondent
and
THOMAS P. GORMAN
       Trustee/Respondent

## ORDER GRANTING RELIEF FROM STAY AND CO-DEBTOR STAY

Upon consideration of the motion of Wells Fargo Bank, N.A. (the "Movant") to modify the automatic stay; it is

ORDERED that the automatic stay imposed by 11 U.S.C §362 is modified to permit the movant and its successors and assigns to enforce the lien of its deed of trust as it pertains to the real property located at 15 Whitestone Drive, Stafford, VA 22556 (the "Property") and is more particularly described as follows:

> ALL THAT CERTAIN property situated in the County of Stafford, and State of Virginia, and being described in a Deed dated March 29, 1996 and recorded April 4, 1996, as Instrument No. LR960004384, among the land records of Stafford County, Virginia, and referenced as follows:
> The following described property:
> ALL THAT CERTAIN lot or parcel of land, and all rights and privileges thereto appurtenant, situate, lying and being in Rock Hill Magisterial District, Stafford County, Virginia, and designated as Lot 8, Phase One (1), BRENTWOOD ESTATES SUBDIVISION, as shown on plat of survey prepared by Rinker-Detwiler and Associates, P.C., dated January 27, 1995; Revised March 2, 1995, which plat is recorded in the Clerk's Office of the Circuit Court of Stafford County, Virginia, in Plat Book 27 at Pages 206-211.

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such

_____
Lauren French, VSB# 85478
8100 Three Chopt Road, Suite 240
Richmond, VA 23229
(804) 282-0463 (Phone)
*Counsel for the Movant*

action under state law, as may be necessary, to obtain possession of the property.

    IT IS FURTHER ORDERED that relief is granted as to Marian O. Negron, the co-debtor(s), from the automatic stay imposed by Section 1301(a) to the same extent and on the same terms and conditions as granted as to the Debtor.

    DONE at Alexandria, Virginia, this _____ day of _____, 20\_\_\_.

Mar 16 2018

/s/ Klinette Kindred
_____
Bankruptcy Judge
U.S. Bankruptcy Court
Entered on Docket: 3/20/2018

**I ASK FOR THIS:**

 /s/ Lauren French
Lauren French, VSB# 85478
BWW Law Group, LLC
8100 Three Chopt Road, Suite 240
Richmond, VA 23229
(804) 282-0463 (phone)
(804) 282-0541 (facsimile)
*Counsel for the Movant*


Copy to:

BWW Law Group, LLC
8100 Three Chopt Road, Suite 240
Richmond, VA 23229

Thomas P. Gorman, Trustee
300 N. Washington St., Ste 400
Alexandria, VA 22314

Eric David Kessel, Esq.
5419 Backlick Road, Suites A & B
Springfield, VA 22151

Marian O. Negron
15 Whitestone Drive
Stafford, VA 22556

Victor M Negron, Jr.
15 Whitestone Drive
Stafford, VA 22556

## **CERTIFICATION**

The undersigned certifies that:

1.      The foregoing Order Granting Relief from Stay and Co-Debtor Stay is identical to the form order required by Standing Order No. 10-2 and that no modifications, additions, or deletions have been made; and

2.      The foregoing Order Granting Relief from Stay and Co-Debtor Stay has been endorsed by or on behalf of all necessary parties and counsel herein, in accordance with Local Rule 9022-1.

                                                */s/ Lauren French*
                                                Lauren French